1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11    DARREN GILBERT,                          1:21-cv-01067-DAD-BAM

12              Plaintiff,                      NEW CASE NUMBER:

13         v.                                   **1:21-cv-01067-BAM**

14    ADEL H. ASUMARI, et. al.,                 **ORDER REASSIGNING CASE**

15              Defendant.

16

17         All parties in the above-captioned case have consented to magistrate judge jurisdiction

18    over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C.

19    §636(c)(1). (Doc. Nos. 9, and 10.) Accordingly, this court reassigns this action to the docket of

20    United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial

21    and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

22         To prevent a delay in documents being received by the correct judicial officer, the new

23    case number listed below should be used on all future documents filed in this action.

24                              **1:21-cv-01067-BAM**

25    IT IS SO ORDERED.

26    Dated:   **September 9, 2021**        _____

27                                          UNITED STATES DISTRICT JUDGE

28

                                  1